CO-386-online
10/03

# United States District Court
# For the District of Columbia

ANGELA FRIES )
)
)
)
           vs   Plaintiff )   Civil Action No. 1:06-cv-01620
)
ASTRAZENECA )
PHARMACEUTICALS LP )
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AstraZeneca Pharmaceuticals LP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AstraZeneca Pharmaceuticals LP__ which have any outstanding securities in the hands of the public:

AstraZeneca PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

473616
BAR IDENTIFICATION NO.

Rebecca K. Wood
Print Name

1501 K Street, N.W.
Address

Washington, D.C.           20005
City           State           Zip Code

(202) 736-8000
Phone Number