

| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
|---|---|---|---|---|
| | | FOUNDED 1866 | | |

October 11, 2006

**By Federal Express & Fax (202.502.2888; letter only)**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20001

Re:    <u>MDL 1769: In re Seroquel Products Liability Litigation</u>

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by their attorneys, hereby notify the Panel of the following potential tag-along actions to the above multidistrict litigation listed on the attached Schedule A.

Schedule A lists potential tag-along actions in which AstraZeneca is named and in which only claims relating to Seroquel are alleged.

Enclosed is a copy of the complaint and docket sheet for each action.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Sherry A. Knutson

SAK:lmm
Enclosures


cc:    Counsel of Record (letter only by US Mail)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 3624877v.1


Clerk of the Panel
October 11, 2006
Page 2

## Schedule A

| Div. | C.A.# | Case Caption |
|---|---|---|
| | | **District of Columbia** |
| 01 | 06-1620-GK | *Angela Fries v. AstraZeneca Pharmaceuticals LP* |
| | | **Central District of California** |
| 02 | 06-6271-AHM | *David Hickey v. AstraZeneca Pharmaceuticals, LP, et al.* |