AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Angela Fries
2501 East Johnson Drive
#D16
Nevada, MO 64772

SUMMONS IN A CIVIL CASE

V.

AstraZeneca Pharmaceuticals, LP
1800 Concord Pike
P.O. Box 15437
Wilmington, DE 19850

CASE NUM

CASE NUMBER   1:06CV01620

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 09/19/2006

TO: (Name and address of Defendant)

AstraZeneca Pharmaceuticals, LP
1800 Concord Pike
P.O. Box 15437
Wilmington, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Miller, Esquire
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP 19 2006

CLERK                                              DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/06/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DENORRIS BRITT | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: ASTRAZENECA PHARMACEUTICALS, LP AT 1800 CONCORD PK. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY ERIC SANTARO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/06/06
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## Miller & Associates
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
J. Christopher Ide – VA, MD, DC
Christopher A. Gomez – PA, VA
Gary A. Godard – VA, MD, DC
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
Danielle L. Bridgeforth – VA
Mary F. Whitaker – VA, PA
Justin H. Brandon – VA
Lita Zoso-Bechara – VA

105 North Alfred Street
Alexandria, Virginia 22314

Sandra Archie, R.N., B.S.N.
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: 703.519.8080
1.800.882.2525
Facsimile: 703.519.8084

Of Counsel
Nancy Guy Armstrong – MS

October 5, 2006

**Via Federal Express**
Brandywine Process Servers Ltd
2500 Delaware Avenue
Wilmington, DE 19806

Re:  **AstraZeneca Pharmaceuticals LP, 1800 Concord Pike, P.O. Box 15437, Wilmington, DE 19850-5437**

Dear Sir or Madam:

Enclosed please find the individual Summons and Complaint regarding Freda Elam v. AstraZeneca Pharmaceutical, LP.

Please serve the Summons and Complaint on AstraZeneca Pharmaceuticals, LP on or before **Friday October 13, 2006**. I am enclosing a check for $55 for the service fee. If there are additional charges please feel free to bill our office. Please forward the Return of Service documents to my office to the attention of Lisa Magruder. I have enclosed a self-addressed stamped envelope for your convenience.

If you have any comments or questions, please do not hesitate to contact me.

Very truly yours,

MILLER & ASSOCIATES

Pete A. Miller

PAM/lmm
Enclosure

Pennsylvania Office: 555 E. City Avenue, Suite 910, Bala Cynwyd, Pennsylvania 19004 • Telephone: 610.660.0622 • Facsimile: 610.660.0628

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com