IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| ANGELA FRIES )<br>2501 East Johnson Drive )<br>#D16 )<br>Nevada, Missouri 64772 )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>ASTRAZENECA )<br>PHARMACEUTICALS LP, )<br>1800 Concord Pike )<br>Wilmington, Delaware 19850 )<br> )<br>    Defendant. ) | Case No.: 1:06-cv-01620-GK<br><br>JURY TRIAL REQUESTED |

## [PROPOSED] ORDER

Came on for consideration Unopposed Motion by Defendant AstraZeneca Pharmaceuticals LP to Stay All Proceedings Pending Transfer to Multidistrict Litigation Proceeding.

After due consideration, IT IS ORDERED that Defendant AstraZeneca Pharmaceuticals LP's motion is GRANTED. All pretrial proceedings, including the November 16, 2006 Initial Scheduling Conference, are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

Signed this _8th_ day of _Nov._ at _Wash., D.C._,

_____
The Honorable Gladys Kessler

Copies To:

Rebecca K. Wood  
Frank R. Volpe  
Sidley Austin LLP  
1501 K. Street, N.W.  
Washington, D.C. 2005

J. Christopher Ide  
Michael J. Miller  
Miller & Associates  
105 North Alfred Street  
Alexandria, Virginia 22314