A CERTIFIED TRUE COPY
NOV 28 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1769**

CA 06-1620

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-14)*

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
2006 DEC -4 PM 3:18
FILED

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 117 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

# SCHEDULE CTO-14 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**     **CASE CAPTION**

**ARIZONA**
AZ  2  06-2519          Sandra Blair v. AstraZeneca Pharmaceuticals, LP, et al.

**CALIFORNIA CENTRAL**
CAC  2  06-6271         David Hickey v. AstraZeneca Pharmaceuticals, LP, et al.

**DISTRICT OF COLUMBIA**
DC  1  06-1620          Angela Fries v. AstraZeneca Pharmaceuticals, LP

**MASSACHUSETTS**
MA  1  06-11844         Michelle Ammerman, et al. v. AstraZeneca LP, et al.
MA  1  06-11845         William Abernathy, et al. v. AstraZeneca LP, et al.
MA  1  06-11846         Cynthia R. Abel, et al. v. AstraZeneca LP, et al.
MA  1  06-11847         Nancy Aaron, et al. v. AstraZeneca LP, et al.
MA  1  06-11848         Hilda Abram, et al. v. AstraZeneca LP, et al.
MA  1  06-11849         Donna Anderton-Vilimek, et al. v. AstraZeneca LP, et al.
MA  1  06-11850         Lisa C. Ashley, et al. v. AstraZeneca LP, et al.
MA  1  06-11851         Pearl Anderson, et al. v. AstraZeneca LP, et al.
MA  1  06-11852         Jannette M. Abear, et al. v. AstraZeneca LP, et al.
MA  1  06-11857         Cynthia L. Alexander-Douglas, et al. v. AstraZeneca LP, et al.
MA  1  06-11858         Tina Abbott, et al. v. AstraZeneca LP, et al.

**MISSISSIPPI NORTHERN**
MSN  4  06-176          Jeff Alexander, III v. AstraZeneca Pharmaceuticals LP, et al.

RULE 1.6:   TRANSFER OF FILES

 (a) Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and certified copy of the docket sheet for each transferred action.

 (b) If an appeal is pending, or a notice of appeal has been filed, or leave to appeal has been sought under 28 U.S.C. § 1292(b) or a petition for an extraordinary writ is pending, in any action included in an order of transfer under 28 U.S.C. § 1407, and the original file or parts thereof have been forwarded to the court of appeals, the clerk of the transferor district court shall notify the clerk of the court of appeals of the order of transfer and secure the original file long enough to prepare and transmit to the clerk of the transferee district court a certified copy of all papers contained in the original file and a certified copy of the docket sheet.

 (c) If the transfer order provides for the separation and simultaneous remand of any claim, cross-claim, counterclaim, or third-party claim, the clerk of the transferor district court shall retain the original file and shall prepare and transmit to the clerk of the transferee district court a certified copy of the docket sheet and copies of all papers except those relating exclusively to separated and remanded claims.

 (d) Upon receipt of an order to remand from the Clerk of the Panel, the transferee district court shall prepare and sent to the clerk of the transferor district court the following:
- (i) a certified copy of the individual docket sheet for each action being remanded;
- (ii) a certified copy of the master docket sheet, if applicable;
- (iii) the entire file for each action being remanded, as originally received from the transferor district court and augmented as set out in this rule;
- (iv) a certified copy of the final pretrial order, if applicable; and
- (v) a "record on remand" to be composed of those parts of the files and records produced during coordinated or consolidated pretrial proceedings which have ben stipulated to or designated by counsel as being necessary for any or all proceedings to be conducted following remand. It shall the responsibility of counsel originally preparing or filing any document to be included in the "record on remand" to furnish on request sufficient copies to the clerk of the transferee district court.

 (e) The Clerk of the Panel shall be notified when any files have been transmitted pursuant to this Rule.