UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

December 5, 2006

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1834 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA 06-1620 GK

RE:   MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Ms. Mayer-Whittington:

   Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

   Please send your original case file below and a certified copy of the docket sheet to this address: **U.S. District Court, Office of the Clerk, 80 N. Hughey Ave., Suite 300, Orlando, FL; 32801.** Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

   If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Pleicones,
Deputy Clerk

Enclosures
c:   Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | DC CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Fries v. AstraZeneca, et al. | 1:06-cv-1620 | 6:06-cv-1842-Orl-22DAB |